UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER GREENE and VIRGINIA PETTIS

        Plaintiffs,

vs.                                  Case No. 8:18-cv-0001-T-27JSS

REGIONAL ADJUSTMENT BUREAU INC.,

        Defendant.
_____/

## ORDER

The Court has been advised that this action has been settled (Dkt. 8). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 22nd day of March, 2018.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record